IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, | : <br> : <br> : |
| Plaintiff, | : Case No. 1:21-cv-01039-ABJ <br> : |
| v. | : <br> : |
| INNOVATIVE CONSTRUCTION & MANAGEMENT CO INC., | : <br> : <br> : |
| Defendant. | : |

**PLAINTIFF'S NOTICE OF VOLUNTARY
<u>DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), notifies the Court that it hereby dismisses the Complaint against the Defendant without prejudice. This Notice is made before either an answer or a motion for summary judgment has been filed by the Defendant.

Respectfully submitted,

Dated: <u>July 20, 2021</u>

**O'DONOGHUE & O'DONOGHUE LLP**
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Telephone: (202) 362-0041
Facsimile: (202) 327-1200

By:   /s/ Charles W. Gilligan
Charles W. Gilligan (Bar No. 394710)
*Attorney for the Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, | : : : |
| Plaintiff, | : Case No. 1:21-cv-01039-ABJ |
| v. | : : : |
| INNOVATIVE CONSTRUCTION & MANAGEMENT CO INC., | : : : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice has been filed using the Court's CM/ECF service and sent by first-class mail, postage prepaid, this 20th day of July, 2021 to:

Innovative Construction & Management Co Inc.
148-07 Hillside Avenue
Jamaica, New York 11435


                                              /s/ Charles W. Gilligan
                                   Charles W. Gilligan (Bar No. 394710)